United States District Court
Southern District of Texas
FILED
SEP - 9 2005 BM
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
SEP 1 2 2005 BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | |
| § | CRIMINAL NO. L-04-1374 |
| JORGE IBARRA § | |
| a/k/a "El Morro" § | |

### ORDER OF CRIMINAL FORFEITURE

WHEREAS, Defendant, JORGE IBARRA. pled guilty to count twelve of the indictment charging him with conspiracy to launder money in violation of Title 18, United States Code, Section 1956; and

WHEREAS, Defendant agrees that the sum of $2,500,000.00 was proceeds generated from this unlawful conspiracy and should be forfeited to the United States;

It is, therefore, ORDERED;

1. A criminal judgment of forfeiture in favor of the United States for $2,500,000.00 is awarded against defendant JORGE IBARRA.;

2. Pursuant to Title 21, United States Code, Section 853, the United States may petition the Court to seize property in satisfaction of this judgment. The United States District Court for the Southern District of Texas shall retain jurisdiction in the case for the purpose of enforcing this Order.

This is a final order of criminal forfeiture as to this defendant and shall be made part of the defendant's sentence and included in his respective judgment.

Signed and entered in Laredo, Texas on this the 9th day of September, 2005.

*[signature]*
GEORGE P. KAZEN
U.S. DISTRICT JUDGE

*[signature]*
Atty for Jorge Ibarra

*[signature]*
Jorge Ibarra, Defendant